```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03712
   CHARLETTA R THOMAS
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-6953
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/19/08 and confirmed on 05/16/08.

2. The case was converted to Chapter 7 after confirmation, 02/28/2009.

3. The Debtor paid a total of $  2770.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | 2349.00 | .00 | .00 |
| BALLY TOTAL FITNESS | UNSECURED | 1795.36 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 878.28 | .00 | .00 |
| AMERISTAR FINANCIAL CO L | UNSECURED | NOT FILED | .00 | .00 |
| ARNOLD SCOTT HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| COAST PROFESSIONAL | UNSECURED | NOT FILED | .00 | .00 |
| INTL ACADEMY DESIGN & TE | UNSECURED | 263.24 | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CURRENT CREDIT INC | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| FAIRLANE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FEMALE HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| FRIEDMAN & WEXLER | UNSECURED | 236.09 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 787.52 | .00 | .00 |
| GREENWICH FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 34.32 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNATIONAL CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |

```
JVDB ASSOC CONSUMER          UNSECURED      NOT FILED              .00           .00
JOSEPH T CERRONE             UNSECURED      NOT FILED              .00           .00
LOYOLA UNIVERSITY & HOSP     UNSECURED      NOT FILED              .00           .00
MID AMERICA MANAGEMENT       UNSECURED      NOT FILED              .00           .00
NATIONAL RECOVERIES  INC     UNSECURED      NOT FILED              .00           .00
NATIONAL RECOVERIES  INC     UNSECURED      NOT FILED              .00           .00
NATIONWIDE CREDIT & COLL     UNSECURED      NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS        UNSECURED      NOT FILED              .00           .00
NATIONAL RECOVERIES  INC     UNSECURED      NOT FILED              .00           .00
NATIONAL RECOVERIES  INC     UNSECURED      NOT FILED              .00           .00
NATIONAL RECOVERIES  INC     UNSECURED      NOT FILED              .00           .00
PAYDAY LOAN STORE            UNSECURED      NOT FILED              .00           .00
PROFESSIONAL CREDIT SERV     UNSECURED      NOT FILED              .00           .00
REVENUE PRODUCTION MANAG     UNSECURED      NOT FILED              .00           .00
RMCB COLLECTION AGENCY       UNSECURED      NOT FILED              .00           .00
ECMC                         UNSECURED        2513.47              .00           .00
NATIONAL STUDENT LOAN PR     UNSECURED      NOT FILED              .00           .00
SIR FINANCE                  UNSECURED        3730.00              .00           .00
SPRINT NEXTEL                UNSECURED      NOT FILED              .00           .00
TCF BANK PEERLESS FED        UNSECURED      NOT FILED              .00           .00
TELECHECK RECOVERY SERVI     UNSECURED      NOT FILED              .00           .00
TELECHECK SERVICES           UNSECURED      NOT FILED              .00           .00
TRANSWORLD SYSTEMS INC       UNSECURED      NOT FILED              .00           .00
US DEPT OF EDUCATION         UNSECURED        1651.06              .00           .00
WALMART                      UNSECURED      NOT FILED              .00           .00
WALMART                      UNSECURED      NOT FILED              .00           .00
WEST ASSET MANAGEMENT        UNSECURED      NOT FILED              .00           .00
WILLIAMS & FUDGE             UNSECURED      NOT FILED              .00           .00
INTERNAL REVENUE SERVICE     UNSECURED        5330.39              .00           .00
```

Summary of disbursements:

---

|                     | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED  | .00     | 2349.00  | 17219.73  | .00   | 19568.73 |
| PRINCIPAL PAID      | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID       | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID          | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, JOSEPH P DOYLE                , was allowed $   3500.00
and was paid $    686.00  direct and $   2614.88  through the plan.

The Trustee received $    155.12 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 03/17/09                     /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                          PAGE   3
CASE NO. 08 B 03712 CHARLETTA R THOMAS
```